Fill in this information to identify the case:

United States Bankruptcy Court for the:

**Western District of Texas**

Case number (if known): _____  Chapter ___11___

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | |
|---|---|
| **1. Debtor's name** | **AOB Construction, LLC** |
| **2. All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as names* | **AUSTIN OUTDOOR BUILDERS**<br>**Austin Fence Builders**<br>**Austin Deck Builders** |
| **3. Debtor's federal Employer Identification Number (EIN)** | **8 3 – 1 0 7 6 4 0 3** |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **1501 White Oak Loop** | |
| Number          Street | Number          Street |
| **Round Rock, TX 78681** | |
| City                    State    ZIP Code | City                    State    ZIP Code |
| **Williamson** | Location of principal assets, if different from principal place of business |
| County | |
| | Number          Street |
| | City                    State    ZIP Code |

| | |
|---|---|
| **5. Debtor's website (URL)** | **www.austinoutdoorbuilders.com** |
| **6. Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

| Debtor | **AOB Construction, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. §101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

<u>2</u>   <u>3</u>   <u>6</u>   <u>1</u>

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

    ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____
                                       MM / DD / YYYY

        District _____ When _____ Case number _____
                                       MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____ Relationship _____

        District _____ When _____
                                           MM / DD / YYYY

        Case number, if known _____

Debtor   **AOB Construction, LLC**                      Case number *(if known)*
      Name

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br><br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br><br>☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** *(Check all that apply.)*<br><br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br><br>What is the hazard? _____<br><br>☐ It needs to be physically secured or protected from the weather.<br><br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br><br>☐ Other _____<br><br>**Where is the property?** _____<br>           Number        Street<br><br>           City           State   ZIP Code<br><br>**Is the property insured?**<br><br>☐ No<br>☐ Yes.  Insurance agency _____<br>         Contact name _____<br>         Phone _____ |

### Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br>☑ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☑ 1-49  ☐ 50-99    ☐ 1,000-5,000 ☐ 5,001-10,000    ☐ 25,001-50,000 ☐ 50,000-100,000<br>☐ 100-199 ☐ 200-999  ☐ 10,001-25,000           ☐ More than 100,000 |
| **15. Estimated assets** | ☐ $0-$50,000         ☐ $1,000,001-$10 million    ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000   ☐ $10,000,001-$50 million  ☐ $1,000,000,001-$10 billion<br>☑ $100,001-$500,000  ☐ $50,000,001-$100 million ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million  ☐ $100,000,001-$500 million ☐ More than $50 billion |

Debtor  **AOB Construction, LLC**

Name

Case number *(if known)*

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☑ $500,001-$1 million

- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million

- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- ■ I have been authorized to file this petition on behalf of the debtor.
- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **07/09/2024**
MM/ DD/ YYYY

X  **/s/ Jeanine Zeller Pendrey**
Signature of authorized representative of debtor

**Jeanine Zeller Pendrey**
Printed name

Title  **Managing Member**

**18. Signature of attorney**

X  **/s/ Frank B Lyon**
Signature of attorney for debtor

Date  **07/09/2024**
MM/ DD/ YYYY

**Frank B Lyon**
Printed name

**Frank B Lyon**
Firm name

**PO Box 50210**
Number  Street

**Austin**  **TX**  **78763-0210**
City  State  ZIP Code

**(512) 345-8964**  **frank@franklyon.com**
Contact phone  Email address

**12739800**  **TX**
Bar number  State

**Fill in this information to identify the case:**

Debtor Name  **AOB Construction, LLC**

United States Bankruptcy Court for the:  **Western**  District of  **Texas**
(State)

Case number (If known):

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property
12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

2. **Cash on hand**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | Comerica Bank | Checking account | 2  6  9  1 | ($401.75) |
| 3.2. | Comerica Bank | Checking account | 7  0  1  4 | $2,936.73 |
| 3.3. | Comerica Bank | Checking account | 7  0  2  2 | ($435.00) |
| 3.4. | Regions Bank | Checking account | 2  7  8  3 | $5,376.92 |

4. **Other cash equivalents** *(Identify all)*

   4.1
   4.2

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   | $7,476.90 |

| Part 2: | Deposits and prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
| --- | --- |

Debtor  **AOB Construction, LLC**
_____
Name

Case number *(if known)* _____

---

**7.** **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

7.1 **ADP** _____ **$5,400.00**

**8.** **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1 _____ _____

8.2 _____ _____

**9.** **Total of Part 2**

Add lines 7 through 8. Copy the total to line 81. **$5,400.00**

| Part 3: | Accounts receivable |
|---|---|

**10.** **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

| | | Current value of debtor's interest |
|---|---|---|

**11.** **Accounts receivable**

| | face amount | doubtful or uncollectible accounts | | Current value of debtor's interest |
|---|---|---|---|---|
| 11a. 90 days old or less: | $54,421.39 | − unknown | =....➡ | $54,421.39 |
| 11b. Over 90 days old: | $294,013.88 | − $294,013.88 | =....➡ | $0.00 |

**12.** **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82. **$54,421.39**

| Part 4: | Investments |
|---|---|

**13.** **Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14.** **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1 _____ _____ _____

14.2 _____ _____ _____

**15.** **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity: % of ownership:

15.1 _____ _____ _____ _____

---

Debtor   **AOB Construction, LLC**

Name

Case number *(if known)* _____

---

15.2. _____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1 _____

16.2 _____

17. **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.

---

| Part 5: | Inventory, excluding agriculture assets |
|---------|------------------------------------------|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------|--------------------------------------------------------|------------------------------------------|-------------------------------------|
| 19. **Raw materials** | | | | |
| _____ | _____ MM / DD / YYYY | _____ | _____ | _____ |
| 20. **Work in progress** | | | | |
| _____ | _____ MM / DD / YYYY | _____ | _____ | _____ |
| 21. **Finished goods, including goods held for resale** | | | | |
| _____ | _____ MM / DD / YYYY | _____ | _____ | _____ |
| 22. **Other inventory or supplies** | | | | |
| _____ | _____ MM / DD / YYYY | _____ | _____ | _____ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**

☑ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes.   Book value _____   Valuation method _____   Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

**Schedule A/B: Assets — Real and Personal Property**

Debtor    **AOB Construction, LLC**                                     Case number *(if known)* _____
_____
Name

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |

33. **Total of Part 6**
    Add lines 28 through 32. Copy the total to line 85.                                    _____

34. **Is the debtor a member of an agricultural cooperative?**

☑ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

    ☐ No

    ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes.  Book value _____  Valuation method _____  Current value _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

Debtor    **AOB Construction, LLC** _____      Case number *(if known)* _____

Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.**   **Office furniture** | | | |
| **40.**   **Office fixtures** | | | |
| **41.**   **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
|     3 HP Laptops $900.00, HP Envy Inspire, $50.00, 4 Apple I-Pads - $200.00 | unknown | Estimate | $1,150.00 |
|     Misc. Hand Tools $5,000.00, 4 Cement Cutting saws $1000.00 | unknown | Estimate | $6,000.00 |
|     Wooden work bench with vise (in storage) | unknown | Estimate | $100.00 |
| **42.**   **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
|     42.1 | | | |
|     42.2 | | | |
|     42.3 | | | |

**43.**   **Total of Part 7**                                                    **$7,250.00**

     Add lines 39 through 42. Copy the total to line 86.

**44.**   **Is a depreciation schedule available for any of the property listed in Part 7?**

    ☑ No

    ☐ Yes

**45.**   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

---

**Part 8:**    Machinery, equipment, and vehicles

**46.**   **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ☐ No. Go to Part 9.

    ☑ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.**   **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
|     47.1   **2019 Dodge RAM /** VIN: 3C6UR5FL4KG727640 | unknown | Estimate | $38,917.00 |

Debtor    **AOB Construction, LLC**          Case number *(if known)* _____
<br>        Name

| | | | |
|---|---|---|---|
| 47.2 **2016 Ford F250 /** VIN: 1FT7W2BT0GEA11559 | unknown | Estimate | $22,156.00 |
| 47.3 **2018 Ford Super Duty F250 SRW /** VIN: **1FD7W2BT8ED04063** | unknown | Estimate | $27,040.00 |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1 **2018 Magnum PJ /** VIN: 4P5P82027K1301985 Flatbed Utility **Trailer** | unknown | Estimate | $2,000.00 |
| 48.2 **2019 Apex Ultra Light 300BHS /** VIN: **5XT2CXVB2KF016475** | unknown | Estimate | $22,000.00 |
| 48.3 **2019 Texas Trailer Supply 82X /** VIN: 5VNBU1625KT204574 **Flatbed Utility** | unknown | Estimate | $1,000.00 |
| 48.4 **2020 Texas Trailer Supply C&M /** VIN: **5VNBU1622LT217218 Flatbed Utility** | unknown | Estimate | $1,000.00 |
| 48.5 **2020 Continental CHNA /** VIN: LNUT0415CC005471 **Enclosed Utility** | unknown | Estimate | $1,600.00 |

49. **Aircraft and accessories**

     49.1 _____

     49.2 _____

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| **2015 Ditch Witch DW SK850 Skid Steer** | unknown | | $5,365.00 |
| **2015 Ditch Witch DW SK850 Skid Steer assecories** | unknown | | $7,277.00 |
| **Predator 6500 generator - does not work (in storage)** | unknown | | $0.00 |

51. **Total of Part 8**

     Add lines 47 through 50. Copy the total to line 87.                        **$128,355.00**

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

     ☑ No

     ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

     ☑ No

     ☐ Yes

| Part 9: | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**

     ☑ No. Go to Part 10.

     ☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

Debtor  **AOB Construction, LLC**  Case number *(if known)*
Name

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 _____ | _____ | _____ | _____ | _____ |
| 55.2 _____ | _____ | _____ | _____ | _____ |
| 55.3 _____ | _____ | _____ | _____ | _____ |
| 55.4 _____ | _____ | _____ | _____ | _____ |
| 55.5 _____ | _____ | _____ | _____ | _____ |
| 55.6 _____ | _____ | _____ | _____ | _____ |

56.  **Total of Part 9**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

| |
|---|
| |

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59.  **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.  **Patents, copyrights, trademarks, and trade secrets**<br>_____ | _____ | _____ | _____ |
| 61.  **Internet domain names and websites**<br>**austinoutdoorbuilders.com** | **unknown** | **Estimate** | **$1,000.00** |
| 62.  **Licenses, franchises, and royalties**<br>_____ | _____ | _____ | _____ |
| 63.  **Customer lists, mailing lists, or other compilations**<br>**Customer lists** | **unknown** | **Estimate** | **$1.00** |
| 64.  **Other intangibles, or intellectual property**<br>_____ | _____ | _____ | _____ |

Debtor    **AOB Construction, LLC**          Case number *(if known)* _____
       Name

---

| | | | |
|---|---|---|---|
| 65. | **Goodwill** | | |
| | Goodwill | unknown    Estimate | $1.00 |

| | | |
|---|---|---|
| 66. | **Total of Part 10** | **$1,002.00** |
| | Add lines 60 through 65. Copy the total to line 89. | |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

   ☑ No
   ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

   ☑ No
   ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

   ☑ No
   ☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ☐ No. Go to Part 12.
   ☑ Yes. Fill in the information below.

                                           **Current value of debtor's interest**

71. **Notes receivable**

Description (include name of obligor)

_____    _____ – _____ = ➡ _____
           Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____    Tax year _____    _____
_____    Tax year _____    _____
_____    Tax year _____    _____

73. **Interests in insurance policies or annuities**

| | |
|---|---|
| Wellfleet Insurance - Workers Comp Policy #N9WC802808 | $1.00 |
| Progressive Commercial Auto Policy #02944620 | $1.00 |
| Kinsale Insurance Co. CGL Policy #0100208774-1 | $1.00 |

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

Debtor  **AOB Construction, LLC**
Name

Case number *(if known)*

---

**Nature of claim**

**Amount requested**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**Nature of claim**

**Amount requested**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11**
Add lines 71 through 77. Copy the total to line 90.

$3.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor   **AOB Construction, LLC**
_____
Name

Case number *(if known)* _____

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $7,476.90 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $5,400.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $54,421.39 | |
| 83. **Investments.** *Copy line 17, Part 4.* | | |
| 84. **Inventory.** *Copy line 23, Part 5.* | | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $7,250.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $128,355.00 | |
| 88. **Real property.** *Copy line 56, Part 9*........................................................ ➡ | | |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $1,002.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $3.00 | |
| 91. **Total.** *Add lines 80 through 90 for each column*...........................91a. | $203,908.29 | + 91b. |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ....................................................................................... | | $203,908.29 |

**Fill in this information to identify the case:**

Debtor name  **AOB Construction, LLC**

United States Bankruptcy Court for the:  **Western**  District of  **Texas**
(State)

Case number (if known): _____

☐ Check if this is an amended filing

**Official Form 206D**

# Schedule D: Creditors Who Have Claims Secured by Property   12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

**Part 1:**   List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.1** **Creditor's name**

**Advantage + Leasing Corp.**

**Creditor's mailing address**

**13400 Bishop's Lane Suite 280**

**Brookefield, WI 53005**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number**  __  __  __  __

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.
_____
_____

**Describe debtor's property that is subject to a lien**
2015 Ditch Witch DW SK850 Skid Steer

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: **$5,365.00**   Value of collateral: **$5,365.00**

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   **$620,990.00**

Debtor    **AOB Construction, LLC**                                          Case number (if known) _____
          Name

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A — **Amount of claim** Do not deduct the value of collateral.

Column B — **Value of collateral that supports this claim**

**2.2** Creditor's name

**Ally**

**Creditor's mailing address**

**PO Box 9001951**

**Louisville, KY 40290-1957**

**Creditor's email address, if known**

_____

Date debt was incurred    **03/23/23**

**Last 4 digits of account number**    __ __ __ __

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    _____

    _____

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Remarks:** Vehicle stolen 01/03/2024 in Florida

**Describe debtor's property that is subject to a lien**

2019 Dodge RAM                                    **$55,893.00**          **$38,917.00**

**Describe the lien**

  **Certificate of title**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Debtor  **AOB Construction, LLC**
_____
Name

Case number (if known) _____

| Part 1: | Additional Page |
|---------|-----------------|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

**2.3** **Creditor's name**

Ally Fin

**Creditor's mailing address**

PO Box 900195

Louisville, KY 40296-1957

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

       _____

       _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2018 Ford Super Duty F250 SRW

**Describe the lien**

Certificate of Title

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

$27,040.00

$27,040.00

Official Form 206D      Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**      page _3_ of _11_

Debtor **AOB Construction, LLC**
Name

Case number (if known) _____

| **Part 1:** | Additional Page |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

---

**2.4** **Creditor's name**

Ally Financial

**Creditor's mailing address**

PO Box 8106

Cockeysville, MD 21030

**Creditor's email address, if known**

_____

**Date debt was incurred**   10/19/2021

**Last 4 digits of account number**   4 8 7 9

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

  _____
  _____

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2016 Ford F250                      $55,893.00         $22,156.00

**Describe the lien**

Certificate of title

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 4 of 11

Debtor  **AOB Construction, LLC**
Name

Case number (if known) _____

| Part 1: | Additional Page |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

**2.5** Creditor's name

**DATCU**

**Creditor's mailing address**

**PO Box 827**

**Denton, TX 76202**

**Creditor's email address, if known**

_____

**Date debt was incurred**    04/28/2020

**Last 4 digits of account number**    __ __ __ __

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

  _____
  _____

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2019 Apex Ultra Light 300BHS

**Describe the lien**

Certificate or title

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**$26,974.00**    **$22,000.00**

Debtor    **AOB Construction, LLC**
          _____        Case number (if known) _____
          Name

| **Part 1:** | Additional Page | | Column A | Column B |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A** Amount of claim — Do not deduct the value of collateral.

**Column B** Value of collateral that supports this claim

---

**2.6** Creditor's name

**Financial Pacific Leasing Inc.**

Creditor's mailing address

**PO Box 4568**

**Federal Way, WA 98063-4568**

Creditor's email address, if known

_____

Date debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Do multiple creditors have an interest in the same property?

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

      _____

      _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

2015 Ditch Witch DW SK850 Skid Steer assecories

Describe the lien

**Lease on Skid Steer parts**

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**$7,277.00**          **$7,277.00**

---

**2.7** Creditor's name

**ODK Capital LLC**

Creditor's mailing address

**4700 West Daybreak Parkway**

**South Jordan, UT 84009-5130**

Creditor's email address, if known

_____

Date debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Do multiple creditors have an interest in the same property?

☐ No

☑ Yes. Have you already specified the relative priority?

   ☑ No.  Specify each creditor, including this creditor, and its relative priority.

      **See continuation page.**

   ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

Accounts receivable under 90 days, 3 HP Laptops $900.00, HP Envy Inspire, $50.00, 4 Apple I-Pads - $200.00, Misc. Hand Tools $5,000.00, 4 Cement Cutting saws $1000.00, Uncollectible

Describe the lien

**Term Loan**

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

**$16,669.00**          **$61,571.39**

---

Debtor     **AOB Construction, LLC**                                      Case number (if known) _____

Name

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

---

**2.8** Creditor's name

**Pearl Capital**

**Creditor's mailing address**

**525 Washington Blvd. 22 Floor**

**Paterson, NJ 07510**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

     _____

     _____

   ☑ Yes. The relative priority of creditors is specified on lines **2.7**

**Describe debtor's property that is subject to a lien**

Accounts receivable under 90 days, Uncollectible, 3 HP Laptops $900.00, HP Envy Inspire, $50.00, 4 Apple I-Pads - $200.00, Misc. Hand Tools $5,000.00, 4 Cement Cutting saws $1000.00

**$32,000.00** | **$61,571.39**

**Describe the lien**

**MCA Loan**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☑ Unliquidated

☑ Disputed

Debtor     **AOB Construction, LLC**                                      Case number (if known) _____

Name

| Part 1: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

**2.9** Creditor's name

**SBA EIDL**

Describe debtor's property that is subject to a lien

Accounts receivable under 90 days, Uncollectible, 3 HP Laptops $900.00, HP Envy Inspire, $50.00, 4 Apple I-Pads - $200.00, Misc. Hand Tools $5,000.00, 4 Cement Cutting saws $1000.00

$300,100.00          $61,571.39

Creditor's mailing address

**Riverview Center Blvd. Suite 100**

**Bonita Springs, FL 34134**

Describe the lien

**SBA Loan**

Creditor's email address, if known

_____

Date debt was incurred  _____

Is the creditor an insider or related party?

☑ No
☐ Yes

Last 4 digits of account number     ___ ___ ___ ___

Is anyone else liable on this claim?

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Do multiple creditors have an interest in the same property?

☐ No
☑ Yes. Have you already specified the relative priority?

☐ No.  Specify each creditor, including this creditor, and its relative priority.

_____

_____

☑ Yes. The relative priority of creditors is specified on lines **2.7**

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor  **AOB Construction, LLC**

Name

Case number (if known)

---

| Part 1: | Additional Page |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

**2.10** Creditor's name

**Velocity Capital Group**

Creditor's mailing address

**Pearsall Avenue**

**Cedarhurst, NY 11516**

Creditor's email address, if known

_____

Date debt was incurred  _____

Last 4 digits of account  ___ ___ ___ ___
number

Do multiple creditors have an interest in the same property?

☐ No

☑ Yes. Have you already specified the relative priority?

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    _____

    _____

  ☑ Yes. The relative priority of creditors is specified on lines **2.7**

Describe debtor's property that is subject to a lien

Accounts receivable under 90 days, 3 HP Laptops $900.00, HP Envy Inspire, $50.00, 4 Apple I-Pads - $200.00, Misc. Hand Tools $5,000.00, 4 Cement Cutting saws $1000.00, Uncollectible

**$93,779.00**

**$61,571.39**

Describe the lien

**MCA Loan**

Is the creditor an insider or related party?

☑ No

☐ Yes

Is anyone else liable on this claim?

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

Debtor  **AOB Construction, LLC**                                         Case number (if known) _____
        Name

| Part 1: | Additional Page |
|---------|-----------------|

| **2.7** | **Creditor's name** | **Specify each creditor, including this creditor, and its relative priority.** |
|---------|---------------------|--------------------------------------------------------------------------------|
|  | **ODK Capital LLC** | For Accounts receivable under 90 days; 1) SBA EIDL; **2) ODK Capital LLC**; 3) Velocity Capital Group; 4) Pearl Capital; For 3 HP Laptops $900.00, HP Envy Inspire, $50.00, 4 Apple I-Pads - $200.00; 1) SBA EIDL; **2) ODK Capital LLC**; 3) Velocity Capital Group; 4) Pearl Capital; For Misc. Hand Tools $5,000.00, 4 Cement Cutting saws $1000.00; 1) SBA EIDL; **2) ODK Capital LLC**; 3) Velocity Capital Group; 4) Pearl Capital; For Uncollectible: 1) SBA EIDL; **2) ODK Capital LLC**; 3) Velocity Capital Group; 4) Pearl Capital |

Debtor  __**AOB Construction, LLC**_____  Case number (if known) _____
            Name

<table>
<tr><td colspan="3" style="background:black;color:white">**Part 2:**  List Others to Be Notified for a Debt Already Listed in Part 1</td></tr>
</table>

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Theodore Jon Cohen**<br>**410 Jericho Tnpk 220**<br>**Jericho, NY 11753** | Line 2. __8__ | __ __ __ __ |
| **Berkovich & Bouskila, PLLC**<br>**Attn Steven Berkovich, Esq**<br>**1545 US 202 101**<br>**Pomona, NY 10970** | Line 2. __10__ | |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |

Fill in this information to identify the case:

Debtor name       **AOB Construction, LLC**

United States Bankruptcy Court for the:

      **Western District of Texas**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims    **12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

**1.** **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

☐ No. Go to Part 2.

☑ Yes. Go to line 2.

**2.** List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** | Priority creditor's name and mailing address

   **Department of Treasury**

   **Mail Stop 5303**

   **1973 Rulon White Blvd**

   **Round Rock, TX 78681**

Date or dates debt was incurred

_____

Last 4 digits of account number __ __ __ __

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(8)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the Claim:
   **ERC clawback**

Is the claim subject to offset?
☑ No
☐ Yes

**Total claim** $136,836.09    **Priority amount** $136,836.09

**2.2** | Priority creditor's name and mailing address

_____

_____

_____

Date or dates debt was incurred

_____

Last 4 digits of account number __ __ __ __

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
☐ No
☐ Yes

Debtor    **AOB Construction, LLC**
_____
     Name

Case number *(if known)* _____

| **Part 2:** | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1** Nonpriority creditor's name and mailing address

**Advantage + Leasing Corp.**

**13400 Bishop's Lane Suite 280**

**Brookefield, WI 53005**

Date or dates debt was incurred

Last 4 digits of account number    **0   5   4   0**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Lease on 2020 Skid Steer DW1050**

Is the claim subject to offset?
☑ No
☐ Yes

**$24,036.00**

---

**3.3** Nonpriority creditor's name and mailing address

**Chase Credit Card**

**PO Box 6294**

**Carol Stream, IL 60197-6294**

Date or dates debt was incurred

Last 4 digits of account number    **9   0   8   3**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Credit Card**

Is the claim subject to offset?
☑ No
☐ Yes

**$63,000.00**

---

**3.4** Nonpriority creditor's name and mailing address

**Elan Financial Card Member Service**

**PO Box 790408**

**Saint Louis, MO 63179-0408**

Date or dates debt was incurred

Last 4 digits of account number    **8   2   9   1**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Credit Card**

Is the claim subject to offset?
☑ No
☐ Yes

**$8,833.00**

---

**3.6** Nonpriority creditor's name and mailing address

**Herc Rental**

**Riverview Center Blvd. Suite 100**

**Bonita Springs, FL 34134**

Date or dates debt was incurred   **05/28/2020**

Last 4 digits of account number    **0   7   8   4**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Equipment Rental**

Is the claim subject to offset?
☑ No
☐ Yes

**$17,640.00**

Debtor  **AOB Construction, LLC**
Name

Case number *(if known)*

---

**Part 2:** Additional Page

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,267.00 |
|---|---|---|---|

**Leslie Adams & Associates**

**3700 Buffalo Speedway Suite 420**

**Houston, TX 77098**

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Attorney Fees**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,599.00 |
|---|---|---|---|

**Liberty Mutual**

**Afirm**

**3628 Precision Drive Ste. 200**

**Fort Collins, CO 80528**

☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Insurance Audit-claim for additional premium due**

Date or dates debt was incurred  **09/07/2023**

Last 4 digits of account number  **1  8  4  2**

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,749.00 |
|---|---|---|---|

**Sony Financial**

**PO Box 71715**

**Philadelphia, PA 19176-1715**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit Card**

Date or dates debt was incurred

Last 4 digits of account number  **3  8  8  6**

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $61,319.00 |
|---|---|---|---|

**Sunbelt Rentals, Inc.**

**PO Box 4092**

**Atlanta, GA 30384-9211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Equipment Rental**

Date or dates debt was incurred  **06/13/2022**

Last 4 digits of account number  **6  8  4  8**

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor  __AOB Construction, LLC_____    Case number *(if known)* _____
          Name

---

| Part 2: | Additional Page |
|---|---|

**3.11** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $28,791.00 |

**United Rentals**

**PO Box 840514**

**Dallas, TX 75284-0514**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** __Equipment Rental__

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** __1__ __7__ __1__ __1__

Debtor  **AOB Construction, LLC**

Name

Case number *(if known)* _____

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1 **The Law Offices of Mark A. Kirkorsky**<br>**Kevin Skaff**<br>**1119 W. Souther Avenue 2nd Floor**<br>**Mesa, AZ 85210** | Line **3.11**<br><br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor   **AOB Construction, LLC**
_____
Name

Case number *(if known)* _____

---

**Part 4:**  Total Amounts of the Priority and Nonpriority Unsecured Claims

---

5.    **Add the amounts of priority and nonpriority unsecured claims.**

| | | **Total of claim amounts** |
|---|---|---|
| 5a.   **Total claims from Part 1** | 5a. | $136,836.09 |
| 5b.   **Total claims from Part 2** | 5b. **+** | $231,234.00 |
| 5c.   **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $368,070.09 |

Fill in this information to identify the case:

Debtor name **AOB Construction, LLC**

United States Bankruptcy Court for the:

**Western District of Texas**

Case number (if known): _____ Chapter **11**

☐ Check if this is an
amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases 12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. Does the debtor have any executory contracts or unexpired leases?

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | DW SK1050 Skid Steer | Advantage + Leasing Corp. |
| | State the term remaining | 17 months | 13400 Bishop's Lane Suite 280 |
| | List the contract number of any government contract | | Brookefield, WI 53005 |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | DW SK850 Accessories | Financial Pacific Leasing Inc. |
| | State the term remaining | 15 months | PO Box 4568 |
| | List the contract number of any government contract | | Federal Way, WA 98063-4568 |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | Contract for work to be performed by Debtor | Lott Brothers Construction Company, Ltd. |
| | | Contract to be ASSUMED | 406 N. Lee Street Suite 201 |
| | State the term remaining | 0 months | Round Rock, TX 78664 |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Fill in this information to identify the case:

Debtor name __**AOB Construction, LLC**__

United States Bankruptcy Court for the: __**Western**__ District of __**Texas**__
(State)

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 206H

# Schedule H: Codebtors
12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1.    Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2.    In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, _Schedules D-G_.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| _Column 1:_ **Codebtor** | | _Column 2:_ **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | _Check all schedules that apply:_ |
| **2.1** **Cash, Dylan** | **1501 White Oak Loop** <br> Street <br><br> **Round Rock, TX 78681** <br> City     State     ZIP Code | **Chase Credit Card** | ☐ D <br> ☑ E/F <br> ☐ G |
| **2.2** Jean Zeller Pendrey | **1501 White Oak Loop** <br> Street <br><br> **Round Rock, TX 78681** <br> City     State     ZIP Code | **Ally Financial** | ☑ D <br> ☐ E/F <br> ☐ G |
| | | **ODK Capital LLC** | ☑ D <br> ☐ E/F <br> ☐ G |
| | | **SBA EIDL** | ☑ D <br> ☐ E/F <br> ☐ G |
| | | **Herc Rental** | ☐ D <br> ☑ E/F <br> ☐ G |
| | | **Sunbelt Rentals, Inc.** | ☐ D <br> ☑ E/F <br> ☐ G |
| | | **Elan Financial Card Member Service** | ☐ D <br> ☑ E/F <br> ☐ G |
| | | **Sony Financial** | ☐ D <br> ☑ E/F <br> ☐ G |

| Debtor | **AOB Construction, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

| | Additional Page if Debtor Has More Codebtors |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| Name | Mailing address | Name | Check all schedules that apply: |
| | | **Velocity Capital Group** | ☑ D ☐ E/F ☐ G |
| | | **Pearl Capital** | ☑ D ☐ E/F ☐ G |
| | | **Ally** | ☑ D ☐ E/F ☐ G |
| | | **Advantage + Leasing Corp.** | ☐ D ☑ E/F ☐ G |
| | | **Financial Pacific Leasing Inc.** | ☑ D ☐ E/F ☐ G |

| 2.3 | | | ☐ D ☐ E/F ☐ G |
|---|---|---|---|
| | Street | | |
| | City          State          ZIP Code | | |

| 2.4 | | | ☐ D ☐ E/F ☐ G |
|---|---|---|---|
| | Street | | |
| | City          State          ZIP Code | | |

| 2.5 | | | ☐ D ☐ E/F ☐ G |
|---|---|---|---|
| | Street | | |
| | City          State          ZIP Code | | |

| 2.6 | | | ☐ D ☐ E/F ☐ G |
|---|---|---|---|
| | Street | | |
| | City          State          ZIP Code | | |

**Fill in this information to identify the case:**

Debtor name      **AOB Construction, LLC**

United States Bankruptcy Court for the:

     **Western District of Texas**

Case number (if known): _____    Chapter   **11**

☐ Check if this is an amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

| **Part 1:** | Summary of Assets |

**1. Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

    **1a. Real Property:**

       Copy line 88 from *Schedule A/B*....................................................................................................      **$0.00**

    **1b. Total personal property:**

       Copy line 91A from *Schedule A/B*....................................................................................................      **$203,908.29**

    **1c. Total of all property:**

       Copy line 92 from *Schedule A/B*....................................................................................................      **$203,908.29**

| **Part 2:** | Summary of Liabilities |

**2. Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)

    Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................      **$620,990.00**

**3. Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**

       Copy the total claims from Part 1 from line 5a of *Schedule E/F*....................................................      **$136,836.09**

    **3b. Total amount of claims of non-priority amount of unsecured claims:**

       Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*......................................      **+   $231,234.00**

**4. Total liabilities**..................................................................................................................................      **$989,060.09**

    Lines 2 + 3a + 3b

Fill in this information to identify the case:

Debtor name     **AOB Construction, LLC**

United States Bankruptcy Court for the:

    **Western District of Texas**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

## Part 1: Income

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From **01/01/2024** to Filing date<br>MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$234,163.08** |
| **For prior year:** | From **01/01/2023** to **12/31/2023**<br>MM/ DD/ YYYY   MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$2,707,265.08** |
| **For the year before that:** | From **01/01/2022** to **12/31/2022**<br>MM/ DD/ YYYY   MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$1,269,162.46** |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None

| | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From **01/01/2024** to Filing date<br>MM/ DD/ YYYY | **Owner Contribution** | **$6,000.00** |
| **For prior year:** | From **01/01/2023** to **12/31/2023**<br>MM/ DD/ YYYY   MM/ DD/ YYYY | **Owner Contribution** | **$23,000.00** |
| **For the year before that:** | From **01/01/2022** to **12/31/2022**<br>MM/ DD/ YYYY   MM/ DD/ YYYY | **Owner Contribution** | **$138,500.00** |

Debtor  **AOB Construction, LLC**
_____  Case number *(if known)* _____
Name

## Part 2: List Certain Transfers Made Before Filing for Bankruptcy

**3.   Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1.  _____<br>Creditor's name<br>_____<br>Street<br>_____<br>City          State    ZIP Code | _____<br><br>_____<br><br>_____ | _____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

**4.   Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.  **Pearl Capital**<br>Creditor's name<br>**525 Washington Blvd. 22 Floor**<br>Street<br><br>**Paterson, NJ 07510**<br>City          State    ZIP Code<br><br>**Relationship to debtor**<br>**Owner** | **10/04/2023**<br>**10/11/2023**<br>**10/18/2023**<br>**11/25/2023**<br>**8/29/2023**<br>**8/30/2023**<br>**9/6/2023**<br>**9/13/2023**<br>**9/20/2023**<br>**9/27/2023** | **$28,574.64** | **Pearl Capital - Secured Debt** |

| 4.2. | Sunbelt Rentals, Inc. | 11/15/2023 | $21,668.83 | Unsecured Debt Repayment |
|------|------|------|------|------|
| | Creditor's name | | | |
| | PO Box 409211 | 08/17/2023 | | |
| | Street | | | |
| | | 08/17/2023 | | |
| | Atlanta, GA 30384-9211 | 08/09/2023 | | |
| | City          State    ZIP Code | | | |
| | Relationship to debtor | 08/09/2023 | | |
| | Owner | 08/09/2023 | | |
| | | 08/09/2023 | | |
| | | 08/09/2023 | | |
| | | 08/09/2023 | | |
| | | 08/09/2023 | | |

| 4.3. | Chase Credit Card | 09/27/2023 | $47,698.03 | Chase Credit Card - unsecured loan payment |
|------|------|------|------|------|
| | Creditor's name | | | |
| | PO Box 6294 | 07/28/2023 | | |
| | Street | | | |
| | | 06/26/2023 | | |
| | Carol Stream, IL 60197-6294 | 06/12/2023 | | |
| | City          State    ZIP Code | | | |
| | Relationship to debtor | 11/28/2023 | | |
| | Owner | 11/6/2023 | | |
| | | 02/02/2024 | | |

| 4.4. | Velocity Capital Group | 11/07/2023 | $24,145.00 | |
|------|------|------|------|------|
| | Creditor's name | | | |
| | Pearsall Avenue | 11/17/2023 | | |
| | Street | | | |
| | | 11/20/2023 | | |
| | Cedarhurst, NY 11516 | 01/08/2024 | | |
| | City          State    ZIP Code | | | |
| | Relationship to debtor | 01/05/2024 | | |
| | | 10/27/2023 | | |
| | | 9/13/2023 | | |
| | | 09/06/2023 | | |
| | | 08/30/2023 | | |
| | | 08/23/2023 | | |
| | | 08/16/2023 | | |

**5.  Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

 None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. _____<br>Creditor's name<br><br>_____<br>Street<br><br>_____<br><br>_____<br>City            State    ZIP Code | _____ | _____ | _____ |

**6.  Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| 6.1. **Pearl Capital**<br>Creditor's name<br><br>**525 Washington Blvd.**<br>Street<br><br>**Paterson, NJ 07510**<br>City            State    ZIP Code | **Seized funds from QuickBooks/Intuit**<br><br>XXXX– __ __ __ __ | **11/25/2023** | **$20,804.64** |
| 6.2. **Pearl Capital**<br>Creditor's name<br><br>**525 Washington Blvd. 22 Floor**<br>Street<br><br>**Paterson, NJ 07510**<br>City            State    ZIP Code | **Garnished bank account**<br><br>XXXX– __ __ __ __ | **01/16/2024** | **$3,814.00** |

**Part 3:   Legal Actions or Assignments**

**7.  Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Pearl Delta Funding, LLC vs. AOB Construction LLC and Jeanine I Zeller-Pendrey**<br><br>**Case number**<br><br>**618196/2023** | **Breach of Contract** | **Supreme Court of the State of New York County of Nassau**<br>Name<br><br>**100 Supreme Court Drive**<br>Street<br><br>**Mineola, NY 11501**<br>City            State    ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor  **AOB Construction, LLC**
Name

Case number *(if known)*

| | | | |
|---|---|---|---|
| **7.2.** | **Case title** | **Nature of case** | **Court or agency's name and address** | **Status of case** |

| | | | |
|---|---|---|---|
| **AOB Construction LLC vs. Kelli Lynn Bechtol v. Dylan Pendrey aka Dylan Cash** | **Plaintiff vs. Defendant for breach of contract** | **Travis County, Texas 53rd District Court**<br>Name<br><br>**1000 Guadalupe St.**<br>Street | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| **Case number**<br><br>**D-1-GN-21-002887** | | **Austin, TX 78701**<br>City                State      ZIP Code | |

| | | | |
|---|---|---|---|
| **7.3.** | **Case title** | **Nature of case** | **Court or agency's name and address** | **Status of case** |

| | | | |
|---|---|---|---|
| **Louisiana Workforce Commission - Claimant/Petitioner: Daniel Cervantes - Defendant AOB Construction LLC** | **Workers comp** | **District 8 New Orleans, LA**<br>Name<br><br>**1450 Poydras Street Suite 8338**<br>Street | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| **Case number**<br><br>**22-00849** | | **New Orleans, LA 70112-2001**<br>City                State      ZIP Code | |

| | | | |
|---|---|---|---|
| **7.4.** | **Case title** | **Nature of case** | **Court or agency's name and address** | **Status of case** |

| | | | |
|---|---|---|---|
| **Andrea and Stephen Zack vs. Austin Outdoor Builders and Robert and Kris Spillers** | **Claims for property damage** | **22nd Judicial District Hays County Texas**<br>Name<br><br>**712 S. Stagecoach Trail**<br>Street | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| **Case number**<br><br>**22-0942** | | **San Marcos, TX 78666**<br>City                State      ZIP Code | |

| | | | |
|---|---|---|---|
| **7.5.** | **Case title** | **Nature of case** | **Court or agency's name and address** | **Status of case** |

| | | | |
|---|---|---|---|
| **United Rentals (North America), Inc. vs. AOB Construction D/B/A Austin Outdoor Builders and Jeanine Zeller Pendrey** | **Debt Collection** | **Williamson County Court at Law #5**<br>Name<br><br>**405 Martin Luther King Street**<br>Street | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| **Case number**<br><br>**24-0745-CC5** | | **Georgetown, TX 78626**<br>City                State      ZIP Code | |

**8.    Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

Name

**8.1.**

| Custodian's name and address | Description of the property | Value |
|---|---|---|

Custodian's name

| | Case title | Court name and address |
|---|---|---|

Street

Name

| | Case number | Street |
|---|---|---|

City          State     ZIP Code

| | Date of order or assignment | City          State     ZIP Code |
|---|---|---|

---

## Part 4: Certain Gifts and Charitable Contributions

**9.** List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☑ None

**9.1.**

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

Recipient's name

Street

City          State     ZIP Code

Recipient's relationship to debtor

---

## Part 5: Certain Losses

**10.** All losses from fire, theft, or other casualty within 1 year before filing this case.

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| **10.1.** **2019 Toyota Rav4 4DR 2WD XLE Totaled from Hail Damage from Hail Storm Repossessed** | **$10,657.44** | **09/24/2023** | **$21,652.00** |
| **10.2.** **2021 Dodge RAM 2500 - Stolen** | **$50,733.57** | **01/03/2024** | **$38,917.00** |

Debtor **AOB Construction, LLC**
_____
Name

Case number *(if known)* _____

| Part 6: | Certain Payments or Transfers |
|---|---|

### 11. Payments related to bankruptcy

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

11.1.

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| **Frank B. Lyon** | **Attorney Fees** | **11/03/2023** | **$1,968.75** |
| **Address** | **Attorney Fees** | **01/03/2024** | **$6,392.21** |
| **Po Box 50210**<br>Street | **Attorney Fees** | **01/21/2024** | **$322.49** |
| **PO Box 50210** | **Attorney Fees** | **01/21/2024** | **$3,527.85** |
| **Austin, TX 78763-0210**<br>City / State / ZIP Code | | | |

Email or website address
_____

Who made the payment, if not debtor?
_____

11.2.

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| **True, Denise** | **Attorney Fees** | **12/12/2023** | **$1,670.85** |
| **Address** | **Attorney Fees** | **12/13/2023** | **$426.60** |
| **108 Wild Basin Road Suite 250**<br>Street | **Attorney Fees** | **01/21/2024** | **$691.25** |
| **Austin, TX 78746**<br>City / State / ZIP Code | | | |

Email or website address
_____

Who made the payment, if not debtor?
_____

### 12. Self-settled trusts of which the debtor is a beneficiary

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

Debtor **AOB Construction, LLC**                          Case number *(if known)*
_____
Name

| 12.1. | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | | | | |
| | Trustee | | | |

---

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None

| 13.1. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | **Cody Marquez** | **2008 Ford F250 VIN 1FTSW21R18EB60502- Failed compression engine had to be rebuilt $3800.00 Received** | **09/2022** | **$3,800.00** |
| | Address | | | |
| | **980 FM 2808** Street | | | |
| | **Kempner, TX 76539** City    State    ZIP Code | | | |
| | Relationship to debtor | | | |
| | **None** | | | |

| 13.2. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | **Noe Guerrero** | **1992 Wells Cargo Enclosed Cargo Trailer VIN WC200R21N2020277 - Acquired in 2021 $4800.00 Received** | **02/2024** | **$4,800.00** |
| | Address | | | |
| | **104 W Ila Street** Street | | | |
| | **Elgin, TX 78621** City    State    ZIP Code | | | |
| | Relationship to debtor | | | |
| | **None** | | | |

---

**Part 7:** Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy |
|---|---|
| | |

Name

Case number *(if known)*

14.1. _____

Street

From _____ To _____

_____

_____

City      State    ZIP Code

---

## Part 8: Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____<br>Facility name | _____ | _____ |
| _____<br>Street | **Location where patient records are maintained**(if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
| _____<br>City   State   ZIP Code | _____ | *Check all that apply:*<br>☐ Electronically<br>☐ Paper |

---

## Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

     Does the debtor have a privacy policy about that information?

     ☐ No

     ☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

     ☐ No. Go to Part 10.

     ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: __ __ – __ __ __ __ __ __ __ |

     Has the plan been terminated?

     ☐ No

     ☐ Yes

---

**Part 10:**  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1 _____<br>Name<br><br>_____<br>Street<br><br>_____<br>_____<br>City        State    ZIP Code | XXXX– __ __ __ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other<br>_____ | _____ | _____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| 19.1 _____<br>Name<br><br>_____<br>Street<br><br>_____<br>City        State    ZIP Code | _____<br>_____<br>_____<br>**Address**<br>_____<br>_____ | _____<br>_____<br>_____<br>_____<br>_____ | ☐ No<br><br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| 20.1 **Right Space Storage**<br>Name<br>**16450 N FM620**<br>Street<br><br>**Round Rock, TX 78681**<br>City        State    ZIP Code | _____<br>_____<br>_____<br>**Address**<br>_____<br>_____ | ~~1 Predator 6500 Generator broken~~<br>~~not usable, 0.00; Wooden work~~<br>~~bench with vise grip $100.00~~<br>_____<br>_____ | ☐ No<br><br>☑ Yes |

**Part 11:**  Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | |
| Name | | | |
| | | | |
| Street | | | |
| | | | |
| | | | |
| City          State     ZIP Code | | | |

## Part 12: Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No

☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| Case number | Name | | ☐ On appeal |
| | | | ☐ Concluded |
| | Street | | |
| | | | |
| | City          State     ZIP Code | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |
| Name | Name | | |
| | | | |
| Street | Street | | |
| | | | |
| | | | |
| City          State     ZIP Code | City          State     ZIP Code | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

Debtor    **AOB Construction, LLC**                                          Case number *(if known)* _____
                Name

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

Name                                    Name

Street                                   Street


City              State     ZIP Code      City                State     ZIP Code

---

**Part 13:** Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1. | | EIN: __ __ – __ __ __ __ __ __ __ |
| Name | | **Dates business existed** |
| Street | | From _____ To _____ |
| City          State     ZIP Code | | |

**26. Books, records, and financial statements**

26a.  List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. **Katie Heim, Revolutions Bookkeepers**<br>Name<br>**2111 West Slaughter Lane**<br>Street<br><br>**Austin, TX 78748**<br>City          State          ZIP Code | From **07/2018** To **08/2022** |

| Name and address | Dates of service |
|---|---|
| 26a.2. **Scott Springer**<br>Name<br>**402 W Palm Valley**<br>Street<br><br>**Round Rock, TX 78664**<br>City          State          ZIP Code | From **09/2022** To **12/31/2023** |

Debtor **AOB Construction, LLC**
Name

Case number *(if known)*

| Name and address | Dates of service |
|---|---|
| 26a.3. **Kaitlin Hood**<br>Name<br><br>**309 Woodlawn St**<br>Street<br><br><br>**Krum, TX 76249**<br>City                    State              ZIP Code | From **inception**    To **present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26b.1.<br>Name<br><br>Street<br><br><br>City                    State              ZIP Code | From _____    To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Jean Zeller Pendrey**<br>Name<br><br>**1501 White Oak Loop**<br>Street<br><br><br>**Round Rock, TX 78681**<br>City                    State              ZIP Code |  |
| 26c.2. **Kaitlin Hood**<br>Name<br><br>**309 Woodlawn Street**<br>Street<br><br><br>**Krum, TX 76249**<br>City                    State              ZIP Code |  |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|

**26d.1.**  **Velocity Capital Group**
Name

**Pearsall Avenue**
Street

_____

**Cedarhurst, NY 11516**
City                          State              ZIP Code

| Name and address |
|---|

**26d.2.**  **Pearl Capital**
Name

**525 Washington Blvd. 22 Floor**
Street

_____

**Paterson, NJ 07510**
City                          State              ZIP Code

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

| Name and address of the person who has possession of inventory records |
|---|

**27.1.**
_____
Name

_____
Street

_____

_____
City                          State              ZIP Code

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Jeanine Zeller Pendry** | **1501 White Oak Lop Round Rock, TX 78681** | **Managing Member, Membership Interest** | **100.00%** |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No

☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | , | From _____  To _____ |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. **Jeanine Zeller Pendrey** | **$1,500.00** | **06/14/2023** | **Employment** |
| Name | | | |
| **1501 White Oak Loop** | **$700.00** | **06/20/2023** | |
| Street | | | |
| | **$1,500.00** | **06/30/2023** | |
| | **$2,275.07** | **07/07/2023** | |
| **Round Rock, TX 78681** | | | |
| City                State        ZIP Code | **$2,000.00** | **07/14/2023** | |
| | **$2,000.00** | **08/19/2023** | |
| Relationship to debtor | | | |
| | **$1,000.00** | **08/28/2023** | |
| **Debtor** | | | |
| | **$1,000.00** | **09/11/2023** | |
| | **$1,000.00** | **09/22/2023** | |
| | **$2,000.00** | **10/07/2023** | |
| | **$1,000.00** | **10/16/2023** | |
| | **$700.00** | **10/20/2023** | |
| | **$1,500.00** | **10/27/2023** | |
| | **$1,500.00** | **11/10/2023** | |
| | **$1,500.00** | **11/17/2023** | |
| | **$600.00** | **11/24/2023** | |
| | **$1,500.00** | **12/08/2023** | |
| | **$1,500.00** | **12/15/2023** | |
| | **$1,500.00** | **12/22/2023** | |
| | **$1,300.00** | **01/05/2024** | |
| | **$2,425.00** | **01/29/2024** | |
| | **$1,500.00** | **02/02/2024** | |
| | **$1,500.00** | **02/26/2024** | |
| | **$1,500.00** | **04/12/2024** | |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.2. **Dylan Z Pentry**<br>Name<br><br>Street<br><br>City          State        ZIP Code<br><br>Relationship to debtor | $500.00 | 12/29/2023 | **Salary** |
| | $500.00 | 12/22/2023 | |
| | $500.00 | 12/15/2023 | |
| | $500.00 | 12/08/2023 | |
| | $500.00 | 12/01/2023 | |
| | $500.00 | 11/24/2023 | |
| | $500.00 | 11/17/2023 | |
| | $500.00 | 11/10/2023 | |
| | $500.00 | 11/03/2023 | |
| | $500.00 | 10/27/2023 | |
| | $2,000.00 | 10/13/2023 | |
| | $2,000.00 | 10/13/2023 | |
| | $800.00 | 09/29/2023 | |
| | $800.00 | 09/22/2023 | |
| | $300.00 | 09/20/2023 | |
| | $500.00 | 09/15/2023 | |
| | $1,850.00 | 09/08/2023 | |
| | $1,850.00 | 09/01/2023 | |
| | $1,850.00 | 08/25/2023 | |
| | $5,850.00 | 08/18/2023 | |
| | $2,868.13 | 08/11/2023 | |
| | $1,850.00 | 08/04/2023 | |
| | $1,850.00 | 07/28/2023 | |
| | $1,850.00 | 07/21/2023 | |
| | $1,850.00 | 07/14/2023 | |
| | $1,850.00 | 07/07/2023 | |
| | $1,850.00 | 06/30/2023 | |
| | $1,850.00 | 06/23/2023 | |
| | $1,850.00 | 06/16/2023 | |
| | $1,877.06 | 06/09/2023 | |
| | $1,850.00 | 06/02/2023 | |
| | $1,850.00 | 05/26/2023 | |
| | $1,850.00 | 05/19/2023 | |
| | $1,850.00 | 05/12/2023 | |

| | |
|---|---|
| $1,850.00 | 05/05/2023 |
| $1,850.00 | 04/28/2023 |
| $1,850.00 | 047/21/2023 |
| $1,850.00 | 04/14/2023 |
| $500.00 | 01/12/2024 |
| $500.00 | 01/05/2024 |
| $500.00 | 01/26/2024 |
| $500.00 | 02/16/2024 |
| $500.00 | 02/23/2024 |
| $500.00 | 03/01/2024 |
| $500.00 | 03/08/2024 |
| $500.00 | 03/22/2024 |
| $1,000.00 | 03/29/2024 |
| $1,000.00 | 4/12/2024 |
| $500.00 | 04/26/2024 |
| $500.00 | 05/10/2024 |
| $500.00 | 05/22/2024 |
| $1,000.00 | 06/04/2024 |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: _ _ – _ _ _ _ _ _ _ |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: _ _ – _ _ _ _ _ _ _ |

## Part 14: Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **07/09/2024**

         MM/   DD/   YYYY

**X** **/s/ Jeanine Zeller Pendrey**                          Printed name          **Jeanine Zeller Pendrey**
     Signature of individual signing on behalf of the debtor


Position or relationship to debtor      **Managing Member**


**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**

☑ No

☐ Yes

Fill in this information to identify the case:

Debtor name **AOB Construction, LLC**

United States Bankruptcy Court for the:

**Western District of Texas**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 Advantage + Leasing Corp. 13400 Bishop's Lane Suite 280 Brookefield, WI 53005 | | Lease on 2020 Skid Steer DW1050 | | | | $24,036.00 |
| 2 Ally PO Box 9001951 Louisville, KY 40290-1957 | | Certificate of title | | $55,893.00 | $38,917.00 | $16,976.00 |
| 3 Ally Financial PO Box 8106 Cockeysville, MD 21030 | | Certificate of title | | $55,893.00 | $22,156.00 | $33,737.00 |
| 4 Chase Credit Card PO Box 6294 Carol Stream, IL 60197-6294 | | Credit Card | | | | $63,000.00 |
| 5 DATCU PO Box 827 Denton, TX 76202 | | Certificate or title | | $26,974.00 | $22,000.00 | $4,974.00 |
| 6 Department of Treasury Mail Stop 5303 1973 Rulon White Blvd Round Rock, TX 78681 | | ERC clawback | Disputed Unliquidated | | | $136,836.09 |
| 7 Elan Financial Card Member Service PO Box 790408 Saint Louis, MO 63179-0408 | | Credit Card | | | | $8,833.00 |
| 8 Herc Rental Riverview Center Blvd. Suite 100 Bonita Springs, FL 34134 | | Equipment Rental | | | | $17,640.00 |

Debtor __AOB Construction, LLC__

Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9  Leslie Adams & Associates 3700 Buffalo Speedway Suite 420 Houston, TX 77098 | | Attorney Fees | Disputed | | | $13,267.00 |
| 10  Liberty Mutual Afirm 3628 Precision Drive Ste. 200 Fort Collins, CO 80528 | | Insurance Audit-claim for additional premium due | Disputed Unliquidated | | | $8,599.00 |
| 11  ODK Capital LLC 4700 West Daybreak Parkway South Jordan, UT 84009-5130 | | Term Loan | Unliquidated | $16,669.00 | $61,571.39 | $16,669.00 |
| 12  Pearl Capital 525 Washington Blvd. 22 Floor Paterson, NJ 07510 | | MCA Loan | Disputed Unliquidated | $32,000.00 | $61,571.39 | $32,000.00 |
| 13  SBA EIDL Riverview Center Blvd. Suite 100 Bonita Springs, FL 34134 | | SBA Loan | | $300,100.00 | $61,571.39 | $238,528.61 |
| 14  Sony Financial PO Box 71715 Philadelphia, PA 19176-1715 | | Credit Card | | | | $5,749.00 |
| 15  Sunbelt Rentals, Inc. PO Box 4092 Atlanta, GA 30384-9211 | | Equipment Rental | | | | $61,319.00 |
| 16  United Rentals PO Box 840514 Dallas, TX 75284-0514 | | Equipment Rental | | | | $28,791.00 |
| 17  Velocity Capital Group Pearsall Avenue Cedarhurst, NY 11516 | | MCA Loan | | $93,779.00 | $61,571.39 | $93,779.00 |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

IN RE: **AOB Construction, LLC**                                    CASE NO

                                                                   CHAPTER **11**


### VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date  __**07/09/2024**__      Signature  _____**/s/ Jeanine Zeller Pendrey**_____
                                                    Jeanine Zeller Pendrey, Managing Member

Advantage + Leasing Corp.
13400 Bishop's Lane Suite 280
Brookefield, WI 53005


Ally
PO Box 9001951
Louisville, KY 40290-1957


Ally Fin
PO Box 900195
Louisville, KY 40296-1957


Ally Financial
PO Box 8106
Cockeysville, MD 21030


Berkovich & Bouskila, PLLC
Attn Steven Berkovich, Esq
1545 US 202 101
Pomona, NY 10970


Dylan Cash
1501 White Oak Loop
Round Rock, TX 78681


Chase Credit Card
PO Box 6294
Carol Stream, IL 60197-6294


DATCU
PO Box 827
Denton, TX 76202

Department of Treasury
Mail Stop 5303
1973 Rulon White Blvd
Round Rock, TX 78681

Elan Financial Card Member
Service
PO Box 790408
Saint Louis, MO 63179-0408

Financial Pacific Leasing Inc.
PO Box 4568
Federal Way, WA 98063-4568

Herc Rental
Riverview Center Blvd. Suite 100
Bonita Springs, FL 34134

Jean Zeller Pendrey
1501 White Oak Loop
Round Rock, TX 78681

Leslie Adams & Associates
3700 Buffalo Speedway Suite 420
Houston, TX 77098

Liberty Mutual
Afirm
3628 Precision Drive Ste. 200
Fort Collins, CO 80528

Lott Brothers Construction
Company, Ltd.
406 N. Lee Street Suite 201
Round Rock, TX 78664

ODK Capital LLC
4700 West Daybreak Parkway
South Jordan, UT 84009-5130

Pearl Capital
525 Washington Blvd. 22 Floor
Paterson, NJ 07510

SBA EIDL
Riverview Center Blvd. Suite 100
Bonita Springs, FL 34134

Sony Financial
PO Box 71715
Philadelphia, PA 19176-1715

Sunbelt Rentals, Inc.
PO Box 4092
Atlanta, GA 30384-9211

The Law Offices of Mark A.
Kirkorsky
Kevin Skaff
1119 W. Souther Avenue 2nd Floor
Mesa, AZ 85210

Theodore Jon Cohen
410 Jericho Tnpk 220
Jericho, NY 11753

United Rentals
PO Box 840514
Dallas, TX 75284-0514

Velocity Capital Group
Pearsall Avenue
Cedarhurst, NY 11516

**Fill in this information to identify the case:**

Debtor name  **AOB Construction, LLC**

United States Bankruptcy Court for the:  **Western District of Texas**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   **12/15**

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## ■ Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐ *Amended Schedule* _____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ *Other document that requires a declaration* _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **07/09/2024**
              MM/  DD/  YYYY

**X** /s/ Jeanine Zeller Pendrey
Signature of individual signing on behalf of debtor

**Jeanine Zeller Pendrey**
Printed name

**Managing Member**
Position or relationship to debtor

Official Form 201A (12/15)

*[If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

*[Caption as in Form 416B]*

## Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is _____.

2. The following financial data is the latest available information and refers to the debtor's condition on _____.

| | |
|---|---|
| a. Total assets | $204,745.04 |
| b. Total debts (including debts listed in 2.c., below) | $989,060.09 |

c. Debt securities held by more than 500 holders

Approximate number of holders:

secured ☐  unsecured ☐  subordinated ☐  _____  _____

secured ☐  unsecured ☐  subordinated ☐  _____  _____

secured ☐  unsecured ☐  subordinated ☐  _____  _____

secured ☐  unsecured ☐  subordinated ☐  _____  _____

secured ☐  unsecured ☐  subordinated ☐  _____  _____

d. Number of shares of preferred stock  _____

e. Number of shares common stock  _____

Comments, if any: _____

_____

3. Brief description of debtor's business _____ Outdoor Construction _____

_____

4. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:

_____

_____

_____

Form **1040**

Department of the Treasury—Internal Revenue Service (99)

**U.S. Individual Income Tax Return** **2021** OMB No. 1545-0074 IRS Use Only—Do not write or staple in this space.

**Filing Status**
Check only one box.

☒ Single ☐ Married filing jointly ☐ Married filing separately (MFS) ☐ Head of household (HOH) ☐ Qualifying widow(er) (QW)

If you checked the MFS box, enter the name of your spouse. If you checked the HOH or QW box, enter the child's name if the qualifying person is a child but not your dependent ▶

| Your first name and middle initial | Last name | Your social security number |
|---|---|---|
| JEANINE I | ZELLER PENDREY | ■■■■■ |

| If joint return, spouse's first name and middle initial | Last name | Spouse's social security number |
|---|---|---|

Home address (number and street). If you have a P.O. box, see instructions.   Apt. no.

1501 WHITE OAK LOOP

| City, town, or post office. If you have a foreign address, also complete spaces below. | State | ZIP code |
|---|---|---|
| ROUND ROCK | TX | 78681 |

| Foreign country name | Foreign province/state/county | Foreign postal code |
|---|---|---|

**Presidential Election Campaign**
Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund.
☐ You ☐ Spouse

At any time during 2021, did you receive, sell, exchange, or otherwise dispose of any financial interest in any virtual currency? ☐ Yes ☒ No

**Standard Deduction**
Someone can claim: ☐ You as a dependent ☐ Your spouse as a dependent
☐ Spouse itemizes on a separate return or you were a dual-status alien

**Age/Blindness** You: ☒ Were born before January 2, 1957 ☐ Are blind Spouse: ☐ Was born before January 2, 1957 ☐ Is blind

**Dependents** (see instructions):
If more than four dependents, see instructions and check here ▶ ☐

| (1) First name   Last name | (2) Social security number | (3) Relationship to you | (4) ✔ if qualifies for (see instructions): | |
|---|---|---|---|---|
| | | | Child tax credit | Credit for other dependents |
| | | | ☐ | ☐ |
| | | | ☐ | ☐ |
| | | | ☐ | ☐ |
| | | | ☐ | ☐ |

Attach Sch. B if required.

**Standard Deduction for—**
- Single or Married filing separately, $12,550
- Married filing jointly or Qualifying widow(er), $25,100
- Head of household, $18,800
- If you checked any box under Standard Deduction, see instructions.

| | | | | |
|---|---|---|---|---|
| 1 | Wages, salaries, tips, etc. Attach Form(s) W-2 | | 1 | |
| 2a | Tax-exempt interest . . . 2a | b Taxable interest . . . . . | 2b | |
| 3a | Qualified dividends . . . 3a | b Ordinary dividends . . . . | 3b | |
| 4a | IRA distributions . . . . 4a | b Taxable amount . . . . . | 4b | 18,298. |
| 5a | Pensions and annuities . . 5a | b Taxable amount . . . . . | 5b | |
| 6a | Social security benefits . . 6a 22,374. | b Taxable amount . . . . . | 6b | 0. |
| 7 | Capital gain or (loss). Attach Schedule D if required. If not required, check here . . . ▶ ☐ | | 7 | |
| 8 | Other income from Schedule 1, line 10 . . . . . . . . . . . . . . . . . | 8 | -165,099. |
| 9 | Add lines 1, 2b, 3b, 4b, 5b, 6b, 7, and 8. This is your **total income** . . . . . ▶ | 9 | -146,801. |
| 10 | Adjustments to income from Schedule 1, line 26 . . . . . . . . . . . . . | 10 | |
| 11 | Subtract line 10 from line 9. This is your **adjusted gross income** . . . . . ▶ | 11 | -146,801. |
| 12a | Standard deduction or itemized deductions (from Schedule A) 12a 14,250. | | | |
| b | Charitable contributions if you take the standard deduction (see instructions) 12b | | | |
| c | Add lines 12a and 12b . . . . . . . . . . . . . . . . . . . . | 12c | 14,250. |
| 13 | Qualified business income deduction from Form 8995 or Form 8995-A . . . . . | 13 | 0. |
| 14 | Add lines 12c and 13 . . . . . . . . . . . . . . . . . . . . | 14 | 14,250. |
| 15 | **Taxable income.** Subtract line 14 from line 11. If zero or less, enter -0- . . . | 15 | 0. |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.

Form **1040** (2021)

Form 1040 (2021)  Page **2**

| | | | |
|---|---|---|---:|
| 16 | **Tax** (see instructions). Check if any from Form(s): **1** ☐ 8814 **2** ☐ 4972 **3** ☐ ___ | 16 | 0. |
| 17 | Amount from Schedule 2, line 3 | 17 | 0. |
| 18 | Add lines 16 and 17 | 18 | 0. |
| 19 | Nonrefundable child tax credit or credit for other dependents from Schedule 8812 | 19 | |
| 20 | Amount from Schedule 3, line 8 | 20 | |
| 21 | Add lines 19 and 20 | 21 | |
| 22 | Subtract line 21 from line 18. If zero or less, enter -0- | 22 | 0. |
| 23 | Other taxes, including self-employment tax, from Schedule 2, line 21 | 23 | 0. |
| 24 | Add lines 22 and 23. This is your **total tax** ▶ | 24 | 0. |
| 25 | Federal income tax withheld from: | | |
| a | Form(s) W-2 . . . . . . . . . . 25a | | |
| b | Form(s) 1099 . . . . . . . . . . 25b 744. | | |
| c | Other forms (see instructions) . . . . 25c | | |
| d | Add lines 25a through 25c . . . . . . . . . . . . . . . | 25d | 744. |
| 26 | 2021 estimated tax payments and amount applied from 2020 return | 26 | |
| 27a | Earned income credit (EIC) . . . . . . . . . . .  No | 27a | |

If you have a qualifying child, attach Sch. EIC.

| | | | |
|---|---|---|---:|
| | Check here if you were born after January 1, 1998, and before January 2, 2004, and you satisfy all the other requirements for taxpayers who are at least age 18, to claim the EIC. See instructions ▶ ☐ | | |
| b | Nontaxable combat pay election . . . . 27b | | |
| c | Prior year (2019) earned income . . . . 27c | | |
| 28 | Refundable child tax credit or additional child tax credit from Schedule 8812 | 28 | |
| 29 | American opportunity credit from Form 8863, line 8 . | 29 | |
| 30 | Recovery rebate credit. See instructions . . . . | 30 | 1,400. |
| 31 | Amount from Schedule 3, line 15 . . . . | 31 | |
| 32 | Add lines 27a and 28 through 31. These are your **total other payments and refundable credits** ▶ | 32 | 1,400. |
| 33 | Add lines 25d, 26, and 32. These are your **total payments** ▶ | 33 | 2,144. |

**Refund**

Direct deposit?
See instructions.

| | | | |
|---|---|---|---:|
| 34 | If line 33 is more than line 24, subtract line 24 from line 33. This is the amount you **overpaid** | 34 | 2,144. |
| 35a | Amount of line 34 you want **refunded to you.** If Form 8888 is attached, check here . . ▶ ☐ | 35a | 2,144. |
| ▶ b | Routing number ██████████████████████████████████ | | |
| ▶ d | Account number ████████████████████████████████ | | |
| 36 | Amount of line 34 you want **applied to your 2022 estimated tax** . . ▶ | 36 | |

**Amount You Owe**

| | | | |
|---|---|---|---:|
| 37 | **Amount you owe.** Subtract line 33 from line 24. For details on how to pay, see instructions ▶ | 37 | |
| 38 | Estimated tax penalty (see instructions) . . . . 38 | | |

**Third Party Designee**

Do you want to allow another person to discuss this return with the IRS? See instructions ▶ ☐ **Yes. Complete below.** ☒ **No**

Designee's name ▶ 　　　Phone no. ▶ 　　　Personal identification number (PIN) ▶

**Sign Here**

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Joint return?
See instructions.
Keep a copy for your records.

| | | | |
|---|---|---|---|
| Your signature | Date | Your occupation CARPENTRY CONTRACTOR | If the IRS sent you an Identity Protection PIN, enter it here (see inst.) ▶ ████████ |
| Spouse's signature. If a joint return, **both** must sign. | Date | Spouse's occupation | If the IRS sent your spouse an Identity Protection PIN, enter it here (see inst.) ▶ |

Phone no. 　　　Email address

**Paid Preparer Use Only**

| | | | | |
|---|---|---|---|---|
| Preparer's name MARK DOMINGUEZ | Preparer's signature | Date | PTIN ██████ | Check if: ☐ Self-employed |
| Firm's name ▶ REV ATX | | | | Phone no. |
| Firm's address ▶ 2111 W SLAUGHTER LN AUSTIN TX 78748 | | | | Firm's EIN ▶ |

Go to *www.irs.gov/Form1040* for instructions and the latest information.　　BAA　　REV 09/09/22 PRO　　Form **1040** (2021)

**SCHEDULE 1**
**(Form 1040)**

Department of the Treasury
Internal Revenue Service

# Additional Income and Adjustments to Income

▶ Attach to Form 1040, 1040-SR, or 1040-NR.
▶ Go to *www.irs.gov/Form1040* for instructions and the latest information.

OMB No. 1545-0074

**2021**

Attachment
Sequence No. **01**

| Name(s) shown on Form 1040, 1040-SR, or 1040-NR | Your social security number |
|---|---|
| JEANINE I ZELLER PENDREY | |

## Part I  Additional Income

| | | | |
|---|---|---|---|
| 1 | Taxable refunds, credits, or offsets of state and local income taxes . . . . . . . | **1** | |
| 2a | Alimony received . . . . . . . . . . . . . . . . . . . . . . . . . | **2a** | |
| b | Date of original divorce or separation agreement (see instructions) ▶ | | |
| 3 | Business income or (loss). Attach Schedule C . . . . . . . . . . . . . | **3** | −165,099. |
| 4 | Other gains or (losses). Attach Form 4797 . . . . . . . . . . . . . . . | **4** | |
| 5 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E . . . . . . . . . . . . . . . . . . . . . . . . . | **5** | |
| 6 | Farm income or (loss). Attach Schedule F . . . . . . . . . . . . . . . | **6** | |
| 7 | Unemployment compensation . . . . . . . . . . . . . . . . . . . | **7** | |
| 8 | Other income: | | |
| a | Net operating loss . . . . . . . . . . . | **8a** ( ) | |
| b | Gambling income . . . . . . . . . . . . | **8b** | |
| c | Cancellation of debt . . . . . . . . . . . | **8c** | |
| d | Foreign earned income exclusion from Form 2555 . . . . . | **8d** ( ) | |
| e | Taxable Health Savings Account distribution . . . . . . . | **8e** | |
| f | Alaska Permanent Fund dividends . . . . . . . | **8f** | |
| g | Jury duty pay . . . . . . . . . . . . . | **8g** | |
| h | Prizes and awards . . . . . . . . . . . | **8h** | |
| i | Activity not engaged in for profit income . . . . . . . | **8i** | |
| j | Stock options . . . . . . . . . . . . . | **8j** | |
| k | Income from the rental of personal property if you engaged in the rental for profit but were not in the business of renting such property . . . . . . . . . . . . . . . | **8k** | |
| l | Olympic and Paralympic medals and USOC prize money (see instructions) . . . . . . . . . . . . . . . | **8l** | |
| m | Section 951(a) inclusion (see instructions) . . . . . . . | **8m** | |
| n | Section 951A(a) inclusion (see instructions) . . . . . . . | **8n** | |
| o | Section 461(l) excess business loss adjustment . . . . . . | **8o** | |
| p | Taxable distributions from an ABLE account (see instructions) . | **8p** | |
| z | Other income. List type and amount ▶ | **8z** | |
| 9 | Total other income. Add lines 8a through 8z . . . . . . . . . . . . . . | **9** | |
| 10 | Combine lines 1 through 7 and 9. Enter here and on Form 1040, 1040-SR, or 1040-NR, line 8 | **10** | −165,099. |

For Paperwork Reduction Act Notice, see your tax return instructions.

Schedule 1 (Form 1040) 2021

Schedule 1 (Form 1040) 2021

Page **2**

## Part II  Adjustments to Income

| | | | |
|---|---|---|---|
| **11** | Educator expenses . . . . . . . . . . . . . . . . . . . | **11** | |
| **12** | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 | **12** | |
| **13** | Health savings account deduction. Attach Form 8889 . . . . . . . . | **13** | |
| **14** | Moving expenses for members of the Armed Forces. Attach Form 3903 . . . . . | **14** | |
| **15** | Deductible part of self-employment tax. Attach Schedule SE . . . . . . . | **15** | |
| **16** | Self-employed SEP, SIMPLE, and qualified plans . . . . . . . . . | **16** | |
| **17** | Self-employed health insurance deduction . . . . . . . . . . . | **17** | |
| **18** | Penalty on early withdrawal of savings . . . . . . . . . . . . | **18** | |
| **19a** | Alimony paid . . . . . . . . . . . . . . . . . . . . | **19a** | |
| **b** | Recipient's SSN . . . . . . . . . . . . . . . ▶ | | |
| **c** | Date of original divorce or separation agreement (see instructions) ▶ | | |
| **20** | IRA deduction . . . . . . . . . . . . . . . . . . . | **20** | |
| **21** | Student loan interest deduction . . . . . . . . . . . . . . | **21** | |
| **22** | Reserved for future use . . . . . . . . . . . . . . . . | **22** | |
| **23** | Archer MSA deduction . . . . . . . . . . . . . . . . . | **23** | |
| **24** | Other adjustments: | | |
| **a** | Jury duty pay (see instructions) . . . . . . . . | **24a** | |
| **b** | Deductible expenses related to income reported on line 8k from the rental of personal property engaged in for profit . . . . . | **24b** | |
| **c** | Nontaxable amount of the value of Olympic and Paralympic medals and USOC prize money reported on line 8l . . . . . | **24c** | |
| **d** | Reforestation amortization and expenses . . . . . . . | **24d** | |
| **e** | Repayment of supplemental unemployment benefits under the Trade Act of 1974 . . . . . . . . . . . . | **24e** | |
| **f** | Contributions to section 501(c)(18)(D) pension plans . . . . . | **24f** | |
| **g** | Contributions by certain chaplains to section 403(b) plans . . | **24g** | |
| **h** | Attorney fees and court costs for actions involving certain unlawful discrimination claims (see instructions) . . . . . | **24h** | |
| **i** | Attorney fees and court costs you paid in connection with an award from the IRS for information you provided that helped the IRS detect tax law violations . . . . . . . . . | **24i** | |
| **j** | Housing deduction from Form 2555 . . . . . . . . . | **24j** | |
| **k** | Excess deductions of section 67(e) expenses from Schedule K-1 (Form 1041) . . . . . . . . . . . . . | **24k** | |
| **z** | Other adjustments. List type and amount ▶ | **24z** | |
| **25** | Total other adjustments. Add lines 24a through 24z . . . . . . . . . | **25** | |
| **26** | Add lines 11 through 23 and 25. These are your **adjustments to income.** Enter here and on Form 1040 or 1040-SR, line 10, or Form 1040-NR, line 10a . . . . . | **26** | |

**BAA**        REV 09/09/22 PRO        Schedule 1 (Form 1040) 2021

| SCHEDULE C<br>(Form 1040)<br><br>Department of the Treasury<br>Internal Revenue Service (99) | **Profit or Loss From Business**<br>(Sole Proprietorship)<br>▶ Go to *www.irs.gov/ScheduleC* for instructions and the latest information.<br>▶ Attach to Form 1040, 1040-SR, 1040-NR, or 1041; partnerships must generally file Form 1065. | OMB No. 1545-0074<br>**2021**<br>Attachment<br>Sequence No. **09** |
|---|---|---|

| Name of proprietor | Social security number (SSN) |
|---|---|
| JEANINE I ZELLER PENDREY | |

**A** Principal business or profession, including product or service (see instructions)
   CONSTRUCTION

**B** Enter code from instructions  ▶ 2 | 3 | 6 | 1 | 1 | 8

**C** Business name. If no separate business name, leave blank.
   AOB CONSTRUCTION LLC

**D** Employer ID number (EIN) (see instr.)

**E** Business address (including suite or room no.) ▶ 1501 WHITE OAK LOOP
   City, town or post office, state, and ZIP code   ROUND ROCK , TX 78681

**F** Accounting method: **(1)** ☒ Cash   **(2)** ☐ Accrual   **(3)** ☐ Other (specify) ▶

**G** Did you "materially participate" in the operation of this business during 2021? If "No," see instructions for limit on losses   ☒ Yes  ☐ No

**H** If you started or acquired this business during 2021, check here   ▶ ☐

**I** Did you make any payments in 2021 that would require you to file Form(s) 1099? See instructions   ☒ Yes  ☐ No

**J** If "Yes," did you or will you file required Form(s) 1099?   ☒ Yes  ☐ No

### Part I  Income

| | | | |
|---|---|---|---:|
| 1 | Gross receipts or sales. See instructions for line 1 and check the box if this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked . . . . . . . . . ▶ ☐ | 1 | 3,520,907. |
| 2 | Returns and allowances | 2 | 514. |
| 3 | Subtract line 2 from line 1 | 3 | 3,520,393. |
| 4 | Cost of goods sold (from line 42) | 4 | 2,317,264. |
| 5 | **Gross profit.** Subtract line 4 from line 3 | 5 | 1,203,129. |
| 6 | Other income, including federal and state gasoline or fuel tax credit or refund (see instructions) | 6 | 38. |
| 7 | **Gross income.** Add lines 5 and 6 ▶ | 7 | 1,203,167. |

### Part II  Expenses. Enter expenses for business use of your home **only** on line 30.

| | | | | | | | |
|---|---|---:|---|---|---|---|---:|
| 8 | Advertising . . . . . | 8 | 34,685. | 18 | Office expense (see instructions) . | 18 | 9,905. |
| 9 | Car and truck expenses (see instructions) | 9 | 7,565. | 19 | Pension and profit-sharing plans . | 19 | |
| 10 | Commissions and fees . | 10 | | 20 | Rent or lease (see instructions): | | |
| 11 | Contract labor (see instructions) | 11 | | a | Vehicles, machinery, and equipment | 20a | |
| 12 | Depletion . . . . . | 12 | | b | Other business property . . . | 20b | 26,332. |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see instructions) | 13 | 28,225. | 21 | Repairs and maintenance . . . | 21 | 11,023. |
| | | | | 22 | Supplies (not included in Part III) . | 22 | |
| | | | | 23 | Taxes and licenses . . . . . | 23 | 45,856. |
| | | | | 24 | Travel and meals: | | |
| 14 | Employee benefit programs (other than on line 19) | 14 | | a | Travel . . . . . . . . | 24a | 427,337. |
| 15 | Insurance (other than health) | 15 | 111,051. | b | Deductible meals (see instructions) . . . . . . . | 24b | 9,380. |
| 16 | Interest (see instructions): | | | 25 | Utilities . . . . . . . . | 25 | 59,324. |
| a | Mortgage (paid to banks, etc.) | 16a | | 26 | Wages (less employment credits) | 26 | 483,639. |
| b | Other . . . . . . | 16b | 47,468. | 27a | Other expenses (from line 48) . . | 27a | 43,758. |
| 17 | Legal and professional services | 17 | 22,718. | b | **Reserved for future use** . . . | 27b | |

| | | | |
|---|---|---|---:|
| 28 | **Total expenses** before expenses for business use of home. Add lines 8 through 27a . . . . . . ▶ | 28 | 1,368,266. |
| 29 | Tentative profit or (loss). Subtract line 28 from line 7 . . . . . . . . . . . . . . . | 29 | -165,099. |

30 Expenses for business use of your home. Do not report these expenses elsewhere. Attach Form 8829
   unless using the simplified method. See instructions.

   **Simplified method filers only:** Enter the total square footage of (a) your home: _____

   and (b) the part of your home used for business: _____. Use the Simplified
   Method Worksheet in the instructions to figure the amount to enter on line 30 . . . . . . . | 30 |

| 31 | **Net profit or (loss).** Subtract line 30 from line 29. | | -165,099. |
|---|---|---|---:|

   • If a profit, enter on both **Schedule 1 (Form 1040), line 3,** and on **Schedule SE, line 2.** (If you
   checked the box on line 1, see instructions). Estates and trusts, enter on **Form 1041, line 3.**   } | 31 | -165,099. |

   • If a loss, you **must** go to line 32.

32 If you have a loss, check the box that describes your investment in this activity. See instructions.

   • If you checked 32a, enter the loss on both **Schedule 1 (Form 1040), line 3,** and on **Schedule
   SE, line 2.** (If you checked the box on line 1, see the line 31 instructions.) Estates and trusts, enter on
   **Form 1041, line 3.**   } **32a** ☒ All investment is at risk.

   • If you checked 32b, you **must** attach **Form 6198.** Your loss may be limited.   **32b** ☐ Some investment is not at risk.

| **For Paperwork Reduction Act Notice, see the separate instructions.** | BAA | REV 09/09/22 PRO | Schedule C (Form 1040) 2021 |
|---|---|---|---|

Schedule C (Form 1040) 2021 Page **2**

## Part III — Cost of Goods Sold (see instructions)

| | | |
|---|---|---|
| 33 | Method(s) used to value closing inventory: **a** ☐ Cost **b** ☐ Lower of cost or market **c** ☐ Other (attach explanation) | |
| 34 | Was there any change in determining quantities, costs, or valuations between opening and closing inventory? If "Yes," attach explanation | ☐ Yes ☐ No |

| | | | |
|---|---|---|---:|
| 35 | Inventory at beginning of year. If different from last year's closing inventory, attach explanation . . . | **35** | |
| 36 | Purchases less cost of items withdrawn for personal use . . . . . . . . . . | **36** | |
| 37 | Cost of labor. Do not include any amounts paid to yourself . . . . . . . . | **37** | 899,964. |
| 38 | Materials and supplies . . . . . . . . . . . . . . . . | **38** | 1,262,211. |
| 39 | Other costs . . . . . . . . . . . . . . . . . . . | **39** | 155,089. |
| 40 | Add lines 35 through 39 . . . . . . . . . . . . . . . . | **40** | 2,317,264. |
| 41 | Inventory at end of year . . . . . . . . . . . . . . . | **41** | |
| 42 | **Cost of goods sold.** Subtract line 41 from line 40. Enter the result here and on line 4 . . . . | **42** | 2,317,264. |

## Part IV — Information on Your Vehicle. Complete this part **only** if you are claiming car or truck expenses on line 9 and are not required to file Form 4562 for this business. See the instructions for line 13 to find out if you must file Form 4562.

43 When did you place your vehicle in service for business purposes? (month/day/year) ▶ _____

44 Of the total number of miles you drove your vehicle during 2021, enter the number of miles you used your vehicle for:

**a** Business _____ **b** Commuting (see instructions) _____ **c** Other _____

| | | |
|---|---|---|
| 45 | Was your vehicle available for personal use during off-duty hours? . . . . . . . . . | ☐ Yes ☐ No |
| 46 | Do you (or your spouse) have another vehicle available for personal use?. . . . . . . . | ☐ Yes ☐ No |
| 47a | Do you have evidence to support your deduction? . . . . . . . . . . . . | ☐ Yes ☐ No |
| **b** | If "Yes," is the evidence written? . . . . . . . . . . . . . . . | ☐ Yes ☐ No |

## Part V — Other Expenses. List below business expenses not included on lines 8–26 or line 30.

| | |
|---|---:|
| BANK SERVICE CHARGES | 7,837. |
| COMPUTER AND INTERNET | 2,183. |
| DUES AND SUBSCRIPTIONS | 5,863. |
| MERCHANT SERVICE FEES | 14,204. |
| PAYROLL FEES | 10,528. |
| QUICKBOOKS PAYMENTS FEES | 3,143. |
| | |
| | |
| | |
| **48** Total other expenses. Enter here and on line 27a . . . . . . . . . . **48** | 43,758. |

Form **8995**

Department of the Treasury
Internal Revenue Service

## Qualified Business Income Deduction
## Simplified Computation

▶ **Attach to your tax return.**
▶ **Go to *www.irs.gov/Form8995* for instructions and the latest information.**

OMB No. 1545-2294

**2021**

Attachment
Sequence No. **55**

Name(s) shown on return
JEANINE I ZELLER PENDREY

Your taxpayer identification number
■■■■■■

**Note.** *You can claim the qualified business income deduction **only** if you have qualified business income from a qualified trade or business, real estate investment trust dividends, publicly traded partnership income, or a domestic production activities deduction passed through from an agricultural or horticultural cooperative. See instructions.*
*Use this form if your taxable income, before your qualified business income deduction, is at or below $164,900 ($164,925 if married filing separately; $329,800 if married filing jointly), and you aren't a patron of an agricultural or horticultural cooperative.*

| 1 | (a) Trade, business, or aggregation name | (b) Taxpayer identification number | (c) Qualified business income or (loss) |
|---|---|---|---|
| i | AOB CONSTRUCTION LLC | ■■■■ | -165,099. |
| ii | | | |
| iii | | | |
| iv | | | |
| v | | | |

| | | | | |
|---|---|---|---|---|
| 2 | Total qualified business income or (loss). Combine lines 1i through 1v, column (c) | 2 | -165,099. | |
| 3 | Qualified business net (loss) carryforward from the prior year | 3 | ( ) | |
| 4 | Total qualified business income. Combine lines 2 and 3. If zero or less, enter -0- | 4 | 0. | |
| 5 | Qualified business income component. Multiply line 4 by 20% (0.20) | | | 5 | 0. |
| 6 | Qualified REIT dividends and publicly traded partnership (PTP) income or (loss) (see instructions) | 6 | | |
| 7 | Qualified REIT dividends and qualified PTP (loss) carryforward from the prior year | 7 | ( ) | |
| 8 | Total qualified REIT dividends and PTP income. Combine lines 6 and 7. If zero or less, enter -0- | 8 | | |
| 9 | REIT and PTP component. Multiply line 8 by 20% (0.20) | | | 9 | |
| 10 | Qualified business income deduction before the income limitation. Add lines 5 and 9 | | | 10 | 0. |
| 11 | Taxable income before qualified business income deduction (see instructions) | 11 | 0. | |
| 12 | Net capital gain (see instructions) | 12 | 0. | |
| 13 | Subtract line 12 from line 11. If zero or less, enter -0- | 13 | 0. | |
| 14 | Income limitation. Multiply line 13 by 20% (0.20) | | | 14 | 0. |
| 15 | Qualified business income deduction. Enter the smaller of line 10 or line 14. Also enter this amount on the applicable line of your return (see instructions) ▶ | | | 15 | 0. |
| 16 | Total qualified business (loss) carryforward. Combine lines 2 and 3. If greater than zero, enter -0- | | | 16 | ( 165,099. ) |
| 17 | Total qualified REIT dividends and PTP (loss) carryforward. Combine lines 6 and 7. If greater than zero, enter -0- | | | 17 | ( 0. ) |

**For Privacy Act and Paperwork Reduction Act Notice, see instructions.**          REV 09/09/22 PRO          Form **8995** (2021)

Form **4562**

Department of the Treasury
Internal Revenue Service  (99)

## Depreciation and Amortization
### (Including Information on Listed Property)
▶ Attach to your tax return.
▶ Go to *www.irs.gov/Form4562* for instructions and the latest information.

OMB No. 1545-0172

**2021**

Attachment
Sequence No. **179**

| Name(s) shown on return | Business or activity to which this form relates | Identifying number |
|---|---|---|
| JEANINE I ZELLER PENDREY | Sch C CONSTRUCTION | ▉▉▉▉▉▉ |

**Part I**   **Election To Expense Certain Property Under Section 179**
     **Note:** If you have any listed property, complete Part V before you complete Part I.

| | | | |
|---|---|---|---|
| 1 | Maximum amount (see instructions) | **1** | 1,050,000. |
| 2 | Total cost of section 179 property placed in service (see instructions) | **2** | |
| 3 | Threshold cost of section 179 property before reduction in limitation (see instructions) | **3** | 2,620,000. |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | **4** | |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions | **5** | |

| 6 | (a) Description of property | (b) Cost (business use only) | (c) Elected cost |
|---|---|---|---|
| | | | |
| | | | |

| | | | | |
|---|---|---|---|---|
| 7 | Listed property. Enter the amount from line 29 | **7** | | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | | **8** | |
| 9 | Tentative deduction. Enter the **smaller** of line 5 or line 8 | | **9** | |
| 10 | Carryover of disallowed deduction from line 13 of your 2020 Form 4562 | | **10** | |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5. See instructions | | **11** | |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but don't enter more than line 11 | | **12** | |
| 13 | Carryover of disallowed deduction to 2022. Add lines 9 and 10, less line 12 ▶ | **13** | | |

**Note:** Don't use Part II or Part III below for listed property. Instead, use Part V.

**Part II**   **Special Depreciation Allowance and Other Depreciation (Don't** include listed property. See instructions.**)**

| | | | |
|---|---|---|---|
| 14 | Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year. See instructions. | **14** | |
| 15 | Property subject to section 168(f)(1) election | **15** | |
| 16 | Other depreciation (including ACRS) | **16** | |

**Part III**   **MACRS Depreciation (Don't** include listed property. See instructions.**)**

**Section A**

| | | | |
|---|---|---|---|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2021 | **17** | 23,651. |
| 18 | If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here ▶ ☐ | | |

**Section B—Assets Placed in Service During 2021 Tax Year Using the General Depreciation System**

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only—see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| **19a** 3-year property | | | | | | |
| **b** 5-year property | | 9,913. | 5.0 | MQ | 200 DB | 1,953. |
| **c** 7-year property | | 8,140. | 7.0 | MQ | 200 DB | 872. |
| **d** 10-year property | | | | | | |
| **e** 15-year property | | | | | | |
| **f** 20-year property | | | | | | |
| **g** 25-year property | | | 25 yrs. | | S/L | |
| **h** Residential rental property | | | 27.5 yrs. | MM | S/L | |
| | | | 27.5 yrs. | MM | S/L | |
| **i** Nonresidential real property | | | 39 yrs. | MM | S/L | |
| | | | | MM | S/L | |

**Section C—Assets Placed in Service During 2021 Tax Year Using the Alternative Depreciation System**

| | | | | | | |
|---|---|---|---|---|---|---|
| **20a** Class life | | | | | S/L | |
| **b** 12-year | | | 12 yrs. | | S/L | |
| **c** 30-year | | | 30 yrs. | MM | S/L | |
| **d** 40-year | | | 40 yrs. | MM | S/L | |

**Part IV**   **Summary** (See instructions.)

| | | | |
|---|---|---|---|
| 21 | Listed property. Enter amount from line 28 | **21** | 1,749. |
| 22 | **Total.** Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations—see instructions | **22** | 28,225. |
| 23 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs | **23** | |

For Paperwork Reduction Act Notice, see separate instructions.     BAA     REV 09/09/22 PRO     Form **4562** (2021)

Form 4562 (2021)     Page **2**

**Part V**   **Listed Property**   (Include automobiles, certain other vehicles, certain aircraft, and property used for entertainment, recreation, or amusement.)

**Note:** For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete **only** 24a, 24b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.

**Section A—Depreciation and Other Information (Caution:** See the instructions for limits for passenger automobiles.**)**

24a Do you have evidence to support the business/investment use claimed? [X] Yes [ ] No   24b If "Yes," is the evidence written? [X] Yes [ ] No

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Business/ investment use percentage | (d) Cost or other basis | (e) Basis for depreciation (business/investment use only) | (f) Recovery period | (g) Method/ Convention | (h) Depreciation deduction | (i) Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|
| 25 Special depreciation allowance for qualified listed property placed in service during the tax year and used more than 50% in a qualified business use. See instructions . | | | | | 25 | | | |
| 26 Property used more than 50% in a qualified business use: | | | | | | | | |
| 2018 F250 | 11/01/2021 | 100.00 % | | | | | | |
| 2019 RAV4 | 12/01/2021 | 100.00 % | 34,971. | 34,971. | 5.00 | 200 DB-MQ | 1,749. | |
| | | % | | | | | | |
| 27 Property used 50% or less in a qualified business use: | | | | | | | | |
| | | % | | | S/L – | | | |
| | | % | | | S/L – | | | |
| | | % | | | S/L – | | | |
| 28 Add amounts in column (h), lines 25 through 27. Enter here and on line 21, page 1 | | | | | 28 | | 1,749. | |
| 29 Add amounts in column (i), line 26. Enter here and on line 7, page 1 . . . . . . . | | | | | | 29 | | |

**Section B—Information on Use of Vehicles**

Complete this section for vehicles used by a sole proprietor, partner, or other "more than 5% owner," or related person. If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | (a) Vehicle 1 | | (b) Vehicle 2 | | (c) Vehicle 3 | | (d) Vehicle 4 | | (e) Vehicle 5 | | (f) Vehicle 6 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 30 Total business/investment miles driven during the year (**don't** include commuting miles) . | 13,509 | | 1,504 | | | | | | | | | |
| 31 Total commuting miles driven during the year | | | | | | | | | | | | |
| 32 Total other personal (noncommuting) miles driven . . . . . . . . . | 0 | | 0 | | | | | | | | | |
| 33 Total miles driven during the year. Add lines 30 through 32 . . . . . . | 13,509 | | 1,504 | | | | | | | | | |
| | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
| 34 Was the vehicle available for personal use during off-duty hours? . . . . . | × | | × | | | | | | | | | |
| 35 Was the vehicle used primarily by a more than 5% owner or related person? . . | × | | × | | | | | | | | | |
| 36 Is another vehicle available for personal use? | × | | × | | | | | | | | | |

**Section C—Questions for Employers Who Provide Vehicles for Use by Their Employees**

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who **aren't** more than 5% owners or related persons. See instructions.

| | | Yes | No |
|---|---|---|---|
| 37 | Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees? . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| 38 | Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See the instructions for vehicles used by corporate officers, directors, or 1% or more owners . . | | |
| 39 | Do you treat all use of vehicles by employees as personal use? . . . . . . . . . . . . . | | |
| 40 | Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received? . . . . . . . . . . . . . . . | | |
| 41 | Do you meet the requirements concerning qualified automobile demonstration use? See instructions. . . . . . | | |
| | **Note:** If your answer to 37, 38, 39, 40, or 41 is "Yes," don't complete Section B for the covered vehicles. | | |

**Part VI**   **Amortization**

| (a) Description of costs | (b) Date amortization begins | (c) Amortizable amount | (d) Code section | (e) Amortization period or percentage | (f) Amortization for this year |
|---|---|---|---|---|---|
| 42 Amortization of costs that begins during your 2021 tax year (see instructions): | | | | | |
| | | | | | |
| | | | | | |
| 43 Amortization of costs that began before your 2021 tax year . . . . . . . . . . . | | | | 43 | |
| 44 **Total.** Add amounts in column (f). See the instructions for where to report . . . . . . . . . | | | | 44 | |

REV 09/09/22 PRO      Form **4562** (2021)

# AUSTIN OUTDOOR BUILDERS

## Balance Sheet

As of June 24, 2024

|  | TOTAL |
|---|---|
| ASSETS | |
| Current Assets | |
| Bank Accounts | |
| 1100 Comerica Operating Acct 2691 | 40.56 |
| 1110 Comerica Operating Acct 7014 | 518.96 |
| 1120 Comerica Payroll Acct 7022 | 970.51 |
| 1130 Brex Cash Account | -1,520.89 |
| 1140 PayPal | 313.90 |
| 1199 Clearing Account (bank) | 0.00 |
| Regions Bank | 4,371.13 |
| **Total Bank Accounts** | **$4,694.17** |
| Accounts Receivable | |
| 1200 Accounts Receivable | 348,435.27 |
| **Total Accounts Receivable** | **$348,435.27** |
| Other Current Assets | |
| 1300 Undeposited Funds | 158,385.36 |
| 1310 Worker Cash Advances | 536,598.96 |
| 1400 Due From Others | 22,538.25 |
| 1500 Vendor Deposits | 0.00 |
| Uncategorized Asset | 85,431.00 |
| **Total Other Current Assets** | **$802,953.57** |
| **Total Current Assets** | **$1,156,083.01** |
| Fixed Assets | |
| 1600 Vehicles | 118,286.30 |
| 1610 Trailers | 20,432.47 |
| 1620 Construction Equipment | 108,048.93 |
| 1630 Office Equipment | 18,051.99 |
| 1699 Accumulated Depreciation | -14,781.00 |
| **Total Fixed Assets** | **$250,038.69** |
| Other Assets | |
| 1800 Security Deposits | 3,000.00 |
| **Total Other Assets** | **$3,000.00** |
| **TOTAL ASSETS** | **$1,409,121.70** |

# AUSTIN OUTDOOR BUILDERS

### Balance Sheet

As of June 24, 2024

| | TOTAL |
|---|---|
| **LIABILITIES AND EQUITY** | |
| Liabilities | |
| Current Liabilities | |
| Accounts Payable | |
| 2000 Accounts Payable | 0.00 |
| **Total Accounts Payable** | **$0.00** |
| Credit Cards | |
| 2100 Brex Card Account | -13.24 |
| 2110 Comerica Credit #8291 | 8,088.01 |
| 2120 Home Depot Credit | 776.00 |
| 2130 Best Buy Credit | 622.60 |
| 2150 Firestone Credit | 0.00 |
| 2160 Synchrony Credit | 5,808.94 |
| 2170 Chase Credit | 64,916.31 |
| **Total Credit Cards** | **$80,198.62** |
| Other Current Liabilities | |
| 2200 OnDeck LOC 9057 | 6,011.57 |
| 2210 Loan From Owner | 0.00 |
| 2220 Loan from Andres Zeller | 0.00 |
| 2230 Pearl Capital MCA | -8,935.64 |
| 2240 Velocity Capital Group MCA | 56,027.00 |
| 2300 Payroll Tax Payable | -3,916.44 |
| 2310 Garnishments Payable | -400.00 |
| **Total Other Current Liabilities** | **$48,786.49** |
| **Total Current Liabilities** | **$128,985.11** |
| Long-Term Liabilities | |
| 2700 Note Payable - EIDL | 300,100.00 |
| 2720 Note Payable - 2016 Ford F250 | 36,029.66 |
| 2725 Note Payable - 2018 Ford F250 | 34,357.15 |
| 2730 Note Payable - 2019 RAV4 | 25,458.43 |
| 2735 Note - Payable - 2019 RAM 2500 | 53,189.58 |
| 2740 Note Payable - 2021 RAM 2500 | 7,107.65 |
| 2745 Note Payable - DATCU Camper | 23,435.42 |
| 2750 Note Payable - OnDeck 6888 | 8,382.91 |
| 2755 Cap Lease - Ditch Witch SK1050 | 25,433.92 |
| 2760 Cap Lease - Ditch Witch SK850 | -1,307.60 |
| 2765 Cap Lease - Ditch Witch Attachments | -524.57 |
| **Total Long-Term Liabilities** | **$511,662.55** |
| **Total Liabilities** | **$640,647.66** |

# AUSTIN OUTDOOR BUILDERS

### Balance Sheet

As of June 24, 2024

|  | TOTAL |
|---|---|
| Equity | |
| 3000 Beginning of Year Owner's Equity | 560,144.35 |
| 3100 Owner's Contributions | 147,010.00 |
| 3200 Owner Pay & Personal Expenses | -160,727.51 |
| 3300 Prior Period Adjustments | -10,244.06 |
| Opening Balance Equity | 0.00 |
| Net Income | 232,291.26 |
| **Total Equity** | **$768,474.04** |
| **TOTAL LIABILITIES AND EQUITY** | **$1,409,121.70** |

# AUSTIN OUTDOOR BUILDERS

### Profit and Loss

January - June, 2024

| | TOTAL |
|---|---|
| Income | |
| 4000 Construction Revenue | 512,413.60 |
| **Total Income** | **$512,413.60** |
| Cost of Goods Sold | |
| 5000 Construction Materials | 119,248.41 |
| 5100 Subcontractors | 48,124.10 |
| 5300 Fuel | 2,851.42 |
| 5400 Job Travel (other than fuel/F&B) | 6,727.88 |
| 5410 Job F&B | 214.51 |
| 5500 Equipment Rental | 1,609.91 |
| 5600 Other Construction Costs | 6,820.81 |
| **Total Cost of Goods Sold** | **$185,597.04** |
| GROSS PROFIT | **$326,816.56** |
| Expenses | |
| 6000 Personnel | |
| 6130 Worker's Compensation Insurance` | 1,257.16 |
| 6140 Payroll Processing Fees | 2,939.68 |
| 6150 Benefits | 27,518.54 |
| **Total 6000 Personnel** | **31,715.38** |
| 6200 Selling Expenses | |
| 6220 Website | 612.95 |
| 6230 Advertising & Marketing | 5,217.50 |
| **Total 6200 Selling Expenses** | **5,830.45** |
| 6300 Professional Services | |
| 6310 Accounting & Tax Services | 4,515.00 |
| 6320 Legal Services | 9,934.57 |
| **Total 6300 Professional Services** | **14,449.57** |
| 6400 Vehicle & Equip Expenses | |
| 6410 Tools and Equipment (<=$2,500) | 38.91 |
| 6420 Repair & Maint | 6,916.98 |
| 6430 Vehicle Insurance | 12,816.42 |
| **Total 6400 Vehicle & Equip Expenses** | **19,772.31** |
| 6500 Storage | 1,333.00 |
| 6600 Office Expenses | |
| 6620 Office Supplies & Equipment (<=$2,500) | 347.15 |
| 6640 Other Office Expenses | 656.56 |
| **Total 6600 Office Expenses** | **1,003.71** |
| 6700 Software | 2,290.42 |

# AUSTIN OUTDOOR BUILDERS

### Profit and Loss

January - June, 2024

| | TOTAL |
|---|---:|
| 7000 Other SG&A Expenses | |
| 7100 Bank & Misc Transaction Fees | 1,901.16 |
| 7200 Comm Business and Gen Liability Insurance | 16,291.00 |
| 7400 Memberships & Dues | 40.92 |
| 7500 Postage and Delivery | 228.36 |
| **Total 7000 Other SG&A Expenses** | **18,461.44** |
| **Total Expenses** | **$94,856.28** |
| NET OPERATING INCOME | **$231,960.28** |
| Other Income | |
| 8600 Credit Card Rewards | 3.33 |
| 8999 Other Income | 12,027.39 |
| **Total Other Income** | **$12,030.72** |
| Other Expenses | |
| 9000 Interest Expense | 338.52 |
| 9400 PRELIMINARY Loss on Disposal of Asset(s) | 8,706.08 |
| 9999 Ask My Accountant | 783.32 |
| **Total Other Expenses** | **$9,827.92** |
| NET OTHER INCOME | **$2,202.80** |
| NET INCOME | **$234,163.08** |

# AUSTIN OUTDOOR BUILDERS

## Statement of Cash Flows

### January - June, 2024

| | TOTAL |
|---|---|
| OPERATING ACTIVITIES | |
| Net Income | 234,163.08 |
| Adjustments to reconcile Net Income to Net Cash provided by operations: | |
| 1200 Accounts Receivable | 32,232.02 |
| 1310 Worker Cash Advances | -116,788.83 |
| 2100 Brex Card Account | -194.93 |
| 2110 Comerica Credit #8291 | -1,303.00 |
| 2130 Best Buy Credit | -100.00 |
| 2160 Synchrony Credit | -300.00 |
| 2170 Chase Credit | -4,493.00 |
| 2300 Payroll Tax Payable | -6,399.07 |
| 2310 Garnishments Payable | -400.00 |
| **Total Adjustments to reconcile Net Income to Net Cash provided by operations:** | **-97,746.81** |
| **Net cash provided by operating activities** | **$136,416.27** |
| INVESTING ACTIVITIES | |
| 1600 Vehicles | 59,439.65 |
| 1699 Accumulated Depreciation | 0.00 |
| **Net cash provided by investing activities** | **$59,439.65** |
| FINANCING ACTIVITIES | |
| 2720 Note Payable - 2016 Ford F250 | -2,551.43 |
| 2725 Note Payable - 2018 Ford F250 | -1,900.20 |
| 2735 Note - Payable - 2019 RAM 2500 | -2,704.00 |
| 2740 Note Payable - 2021 RAM 2500 | -50,121.89 |
| 2745 Note Payable - DATCU Camper | -944.08 |
| 2760 Cap Lease - Ditch Witch SK850 | -1,286.14 |
| 2765 Cap Lease - Ditch Witch Attachments | -962.57 |
| 3100 Owner's Contributions | 3,960.00 |
| 3200 Owner Pay & Personal Expenses | -13,164.16 |
| **Net cash provided by financing activities** | **$ -69,674.47** |
| NET CASH INCREASE FOR PERIOD | **$126,181.45** |
| Cash at beginning of period | 34,577.98 |
| CASH AT END OF PERIOD | **$160,759.43** |